THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL J. HEGEMAN, Appellant, *v.* WILLIAM H. JONES et al., Composing the Town Board of the Town of Oyster Bay, Respondents.

*People ex rel. Hegeman* v. *Jones*, 68 App. Div. 396, affirmed.
(Argued April 29, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1902, which affirmed the proceedings of the defendants in determining the compensation of the relator as a town assessor and quashed a writ of certiorari to review the same.

*Halstead Scudder* for appellant.

*George B. Stoddart* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J., and CULLEN, J. Absent: BARTLETT, J.